941 F.2d 1203
 Sassower (George)
v.
Abrams (Robert), Cook (David), Slonim (Jeffrey), Dillon
(Denis), Littman (J. Kenneth), Sansverif (Matthew), Cozza
(Kenneth), Santacroce (Joseph), Feinberg (Wilfred), Kaufman
(Irving), Meskill (Thomas), Pratt (George), Miner (Roger),
Van Graafeiland (Ellsworth), Brieant (Charles), Conner
(William), Schwartzberg (Howard), Nickerson (Eugene),
Mishler (Jacob), Francis (James), Murphy (Francis),
Kupferman (Theodore), Kassal (Bentley), Rosenberger
 NO. 90-5147
 United States Court of Appeals,
Third Circuit.
 JUL 29, 1991
 
 Appeal From: D.N.J.,
 Politan, J.
 
 
 1
 DISMISSED.